IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 12 PM 1:35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CLINET SHIVES and
KENNETH SHIVES,

    Plaintiffs,

VS

            CIVIL NO. 2:05cv2542 B/V
            <u>JURY DEMANDED</u>

SCHNUCK MARKETS, INC.

    Defendant.

---

### ~~PROPOSED~~ SCHEDULING ORDER

---

    1.    Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

    INITIAL DISCLOSURES: September 7, 2005

    JOINING PARTIES: October 25, 2005

    AMENDING PLEADINGS: October 25, 2005

    INITIAL MOTIONS TO DISMISS: November 28, 2005

    COMPLETING ALL DISCOVERY: February 24, 2006

        (a) Document Production: February 24, 2006

        (b) Depositions, Interrogatories and Requests for Admission: February 24, 2006

        (c) Expert Witness Disclosure (Rule 26):

            (1) Disclosure of Plaintiff's Rule 26 Expert

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-12-05



Information:   December 26, 2005

(2) Disclosures of Defendants' Rule 26 Expert Information: January 26, 2006

(3) Expert Witness Deposition: February 24, 2006

FILING DISPOSITIVE MOTIONS:   March 24, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

This case is set for jury trial, and the trial is expected to last three days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 7(a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59 and 60, shall be accompanied by a proposed Order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting for the reasons for which a reply is required.

The parties have consented to trial before the Magistrate Judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

_/s/ Diane K. Vescovo_

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

DATE: August 12, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02542 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Samuel L. Crain
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Kathleen B. Ball
BALL & HURST
3173 Poplar Ave
Memphis, TN 38111

Courtney E. Ellis
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT