UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

CLINET SHIVES and
KENNETH SHIVES,

    **PLAINTIFF(S)**                      **JUDGMENT IN A CIVIL CASE**

**VS**

**SCHNUCK MARKETS, INC.,**          **CASE NO: 05-2542-V**

    **DEFENDANT(S)**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Agreed Stipulation To Dismissal With Prejudice Of Complaint And All Causes Of Action Alleged Therein, pursuant to FRCP 41(a)(1)(ii) entered on August 1, 2006.  This cause is dismissed with prejudice at defendant's cost, pursuant to the parties' agreement.**

**APPROVED:**

**s/Diane K. Vescovo**
**DIANE K. VESCOVO**
**UNITED STATES MAGISTRATE JUDGE**

 **August 11, 2006**               **Thomas M. Gould**
**Date**                        **Clerk of Court**

                            **S/Betty Guy**
                            **(By)  Deputy Clerk**